# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 03, 2013

Mr. Theodore B. Olson
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

**LEAD CASE NO. 12-31155**
No. 13-30095,    In Re: Deepwater Horizon
        USDC No. 2:10-MD-2179
        USDC No. 2:10-CV-7777
        USDC No. 2:12-CV-970
        USDC No. 2:10-CV-2771
        USDC No. 2:12-CV-2953
        USDC No. 2:12-CV-964
        USDC No. 2:10-MD-2179
        USDC No. 2:12-CV-970

The following pertains to your brief electronically filed on 8/30/2013.

You must submit the seven paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Dawn D. Victoriano, Deputy Clerk
                    504-310-7717

**P.S. To All Counsel: You are reminded to access all filings through the lead case number: 12-31155.**

cc:  Mr. N. Albert Bacharach Jr.
     Mr. George Howard Brown
     Ms. Elizabeth Joan Cabraser
     Mr. Jeffrey Bossert Clark Sr.
     Mr. Brent Wayne Coon
     Mr. Timothy A. Duffy
     Mr. Miguel Angel Estrada
     Mr. George Frazier
     Mr. Soren E. Gisleson
     Mr. Richard Cartier Godfrey

Mr. Kevin Walter Grillo
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Scott Payne Martin
Mr. Steven Andrew Myers
Mr. Joseph Darrell Palmer
Mr. John Jacob Pentz III
Mr. James Parkerson Roy
Mr. Stuart Cooper Yoes