Nos. 12-31155 and 13-30095

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

In re Deepwater Horizon—Appeals of the
Economic and Property Damage Class Action Settlement

Lake Eugenie Land & Development, Inc., *et al.*,

*Plaintiffs-Appellees*,

v.

BP Exploration & Production, Inc.; BP America Production Co.; BP Pipeline Co.,

*Defendants-Appellees*,

v.

Gulf Organized Fisheries in Solidarity & Hope, Inc.,

*Movant-Appellant*

Appeal from a Decision of the United States District Court for the Eastern District
of Louisiana, No. 2:10-md-02179-CJB-SS, Hon. Carl J. Barbier

Appellants' Motion to Sever 12-31155 and 13-30095,
or, in the Alternative, to Extend Oral Argument to Thirty Minutes a Side

Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 North Highway 101, Suite A
Solara Beach, CA 92075
Telephone: (858) 792-5600
Facsimile: (866) 583-8115

Theodore H. Frank
1718 M Street NW, No. 334
Washington, DC 20036
Telephone: (703) 203-3848
Email: tfrank@gmail.com

*Attorneys for Appellants Mike Sturdivant, Patricia Sturdivant, Susan Forsyth, & James H. Kirby, III*

**Attorney names continued on next page**

Brent W. Coon
215 Orleans
Beaumont, Texas 77701
Telephone: (409) 835-2666
Fax: (409) 835-1912

*Attorney for Coon Appellants*

John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA 01776
Telephone: 978.261.5725
Facsimile: 978.261.5725

*Attorney for Appellants Cobb Real Estate, Inc.,
G&A Cobb Family Partnership, L&M
Investments Ltd., Mad Ltd., Mex-Co., Ltd.,
Robert T. Mistrot, and Missroe, LLC*

N. Albert Bacharach, Jr.
N. ALBERT BACHARACH, JR., P.A.
115 Northeast 6thAvenue
Gainesville, Florida 32601
Tel: (352) 378-9859
N.A.Bacharach@att.net

*Attorney for Allpar Custom Homes, Inc.,
Seatex Marine Service, Inc., Ancelet's
Marina, L.L.C., J.G. Cobb
Construction, Ltd., and Ships Wheel*

Gulf Organized Fisheries in Solidarity & Hope, Inc. (GO FISH) is a nonprofit coalition of Gulf seafood industry groups. GO FISH moved to intervene in the proceedings below; its motion to intervene was denied, and it appealed that decision in Appeal No. 12-31155.

GO FISH, along with numerous other class members, later appealed the settlement approval order in Appeal No. 13-30095. That merits appeal, and the merits appeal of other objectors to the settlement approval, were consolidated with GO FISH's procedural appeal, No. 12-31155.

The order to consolidate made sense when GO FISH opposed the settlement, because 12-31155 and 13-30095 had a commonality of parties and because GO FISH's intervention as a party was, according to the district court, a prerequisite before they, as a non-class-member, would have standing to object to the settlement approval. Since then, however, GO FISH has changed its mind and decided that it no longer objects to the settlement approval, and has dismissed its appeal in 13-30095. This Court granted the motion to dismiss in its Order of September 25, 2013. But both the GO FISH motion to intervene and the objectors' appeal of settlement approval are still scheduled to be resolved in the same oral argument.

GO FISH's only issue on appeal—the district court's denial of their motion to intervene—need not be resolved at the same hearing as the 13-30095 appeal by entirely different appellants on the legal validity of the settlement.

The non-GO FISH appellants participating in the oral argument thus ask for this Court to sever the 12-31155 and 13-30095 appeals. No. 13-30095, addressing the

class certification and settlement approval, would continue to be argued on November 4, 2013. The Fifth Circuit can decide GO FISH's appeal of the denial of its motion to intervene in 12-31155 in a different argument. GO FISH does not object to the relief requested in this Motion, but disagrees with the characterizations concerning the district court's opinion and GO FISH's position on the settlement. Plaintiffs take no position on this motion. The BP defendants do not oppose this motion.

In the alternative, if the Court continues to require these two now-unrelated appeals to be consolidated, Appellants ask for oral argument to be extended to thirty minutes a side so that GO FISH's argument relating to their unique procedural issue does not detract from the global merits issue of settlement approval. All Appellants agree in this request for alternative relief. Plaintiffs take no position on this request for alternative relief. The BP defendants do not oppose this alternative relief.

## Conclusion

Appellants thus ask that now-unrelated 12-31155 appeal be taken off the November 4 calendar, and that November 4 oral argument be restricted to the issues in 13-30095. In the alternative, Appellants request that oral argument be extended to thirty minutes so that the 13-30095 Appellants are not prejudiced by the distraction of the unrelated argument in 12-31155.

Dated: October 4, 2013    Respectfully submitted,

<u>/s/ *Theodore H. Frank*</u>
Theodore H. Frank
1718 M Street NW, No. 334
Washington, DC 20036
Telephone: (703) 203-3848
Email: tfrank@gmail.com

Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 North Highway 101, Suite A
Solara Beach, CA 92075
Telephone: (858) 792-5600
Facsimile: (866) 583-8115

*Attorneys for Appellants Mike Sturdivant, Patricia Sturdivant, Susan Forsyth, and James H. Kirby, III*

Brent W. Coon
215 Orleans
Beaumont, Texas 77701
Telephone: (409) 835-2666
Fax: (409) 835-1912

*Attorney for Coon Appellants*

John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA 01776
Telephone: 978.261.5725
Facsimile: 978.261.5725

*Attorney for Appellants Cobb Real Estate, Inc., G&A Cobb Family Partnership, L&M Investments Ltd., Mad Ltd., Mex-Co., Ltd., Robert T. Mistrot, and Missroe, LLC*

N. Albert Bacharach, Jr.
N. ALBERT BACHARACH, JR., P.A.
115 Northeast 6thAvenue
Gainesville, Florida 32601
Tel: (352) 378-9859
N.A.Bacharach@att.net

*Attorney for Allpar Custom Homes, Inc., Seatex Marine Service, Inc., Ancelet's Marina, L.L.C., J.G. Cobb Construction, Ltd., and Ships Wheel*

## Proof of Service

I hereby certify that on October 4, 2013, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit using the CM/ECF system, which will provide notification of such filing to all counsel of record.

Executed on October 4, 2013.

/s/ *Theodore H. Frank*
Theodore H. Frank